UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBERT KALANI,

    Plaintiff,

v.

PAWAN K. GARG, et al.,

    Defendants.

No. C 14-0623 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: September 16, 2014
Mediator: Michael Sobel

IT IS HEREBY ORDERED that the request to excuse defendant Krishna Garg from appearing in person at the September 16, 2014, mediation before Michael Sobel is GRANTED. Ms. Garg shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 5, 2014    By: _____
Dated                                    Maria-Elena James
                                                  United States Magistrate Judge