1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KALANI, | No. 3:14-cv-00623-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| PAWAN K. GARG, individually and dba AMI PETROLEUM aka AMI PETROLEUM #2, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Pawan K. Garg, individually and dba AMI Petroleum aka AMI Petroleum #2, and Krishna Garg, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: February 10, 2015				MOORE LAW FIRM, P.C.


						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorneys for Plaintiff
						Robert Kalani

Date: February 10, 2015				VAUGHAN & ASSOCIATES


						*/s/ Cris C. Vaughan*
						Cris C. Vaughan
						Attorneys for Defendants
						Pawan K. Garg, individually and dba AMI
						Petroleum aka AMI Petroleum #2, and Krishna
						Garg

IT IS SO ORDERED:
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE



STIPULATION FOR DISMISSAL OF ACTION